**Motion GRANTED and Order filed June 2, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00394-CV
_____

### IN RE FRUIT FLOWERS SOUTH, LLC AND ANTONIO AVILES SANCHEZ, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 18-CV-1446**

## ORDER

On June 1, 2022, relators Fruit Flowers South, LLC and Antonio Aviles Sanchez, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Jared Robinson, Judge of the 405th District Court, in Galveston County, Texas, to set aside his May 23, 2022 order excluding testimony of relators' expert on the reasonableness of charges for medical services, entered in

trial court number 18-CV-1446, styled *Vanessa Hallmark v. Antonio Aviles Sanchez and Fruit Flowers South, LLC*.

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On June 1, 2022, relators ask this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 18-CV-1446, *Vanessa Hallmark v. Antonio Aviles Sanchez and Fruit Flowers South, LLC*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest Vanessa Hallmark to file a response to the petition for writ of mandamus on or before June 23, 2022. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Hassan.